No. 6768.

POLICE JURY OF JEFFERSON PARISH VS. GEORGE PURSGLOVE.

Police juries are limited to the same rate of taxation as is imposed by the State for her government.

Other taxes than the general levy for parochial government are legal only when authorized for specific purposes by special laws.

APPEAL from a Justice of the Peace court.

*Fisk* for Plaintiff. *Mithoff* for Defendant Appellant.

MANNING, C. J., applies the ruling in Lafitte *v.* Morgans, 29 La. Ann. 1.

*Judgment reversed and rate reduced to four mills.*